IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>               )<br>vs.              )<br>               )<br>HASHIEM JAMIL FORD,      )<br>          Defendant. )<br>_____) | Case No. 12-40039-01-RDR |

**O R D E R**

**NOW** on this 29th day of June, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the motions hearing. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the motions hearing is rescheduled for July 19, 2012 at 10:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                    s/Richard D. Rogers
                    United States District Judge